Case 2:11-cv-08;

1   ANDREW R. LIVINGSTON (SBN 148646)
    AUBRY R. HOLLAND (SBN 259828)
2   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
3   405 Howard Street
    San Francisco, California 94105-2669
4   Telephone: +1-415-773-5700
    Facsimile: +1-415-773-5759
5
    Attorney for Defendant
6   DFS GROUP, L.P.

7

FILED
CLERK, U.S. DISTRICT COURT

APR - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   RAUL MARCOS,                              Case No. CV11-8343-R (RZx)

12              Plaintiff,

13        v.                                   [PROPOSED] ORDER
                                               ENTERING STIPULATED
14   DFS GROUP, L.P. aka DUTY FREE             PROTECTIVE ORDER
     SHOPS and DOES 1-10, inclusive,,
15
                Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

1    The Court has considered the Proposed Stipulated Protective Order submitted

2 by the parties on ~~April 24, 2009~~ Jan. 19, 2012, and hereby ORDERS entry of the Proposed

3 Stipulated Protective Order

4       IT IS SO ORDERED.

5 Dated: **April 5, 2012**

6

7                                        _____

8                                        The Honorable Manuel L. Real
                                         United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

[PROPOSED] ORDER ENTERING STIPULATED PROTECTIVE ORDER
Case No. CV11-8343-R (RZx)