1  ANDREW R. LIVINGSTON (SBN 148646)
   AUBRY R. HOLLAND (SBN 259828)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, California  94105-2669
4  Telephone:  +1-415-773-5700
   Facsimile:  +1-415-773-5759
5
   Attorney for Defendant
6  DFS GROUP, L.P.
7

FILED
CLERK, U.S. DISTRICT COURT

APR – 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  RAUL MARCOS, | Case No. CV11-8343-R (RZx) |
| 12                Plaintiff, | |
| 13       v. | [PROPOSED] ORDER |
| 14  DFS GROUP, L.P. aka DUTY FREE | ENTERING STIPULATED |
|     SHOPS and DOES 1-10, inclusive,, | PROTECTIVE ORDER |
| 15 | |
| 16                Defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

1    The Court has considered the Proposed Stipulated Protective Order submitted

2  by the parties on ~~April 24, 2009~~ Jan. 19, 2012, and hereby ORDERS entry of the Proposed

3  Stipulated Protective Order

4         IT IS SO ORDERED.

5  Dated:  April 5, 2012

6

7

8                                    The Honorable Manuel L. Real
                                     United States District Court
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                  - 2 -